[Cite as *12/19/2002 Case Announcements*, 2002-Ohio-7013.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 19, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1454.   State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before January 27, 2003.

**2002–1455.   State ex rel. Weist v. Mason.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before January 27, 2003.

## MISCELLANEOUS DISMISSALS

**2001–1634.   State ex rel. Capitol Mfg., Div. of Harsco Corp. v. Johnson.**
Franklin App. No. 00AP–1100. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2001–2194.   State ex rel. Extrahelp Staffing Serv. v. Indus. Comm.**
Franklin App. No. 01AP–27. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.